THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH J. PAULMAN, Appellant.

Submitted February 28, 2005; decided March 24, 2005

Motion for assignment of counsel granted and John E. Tyo, Esq., care of Zimmerman & Tyo, 6 East Main Street, P.O. Box 7, Shortsville, New York 14548 assigned as counsel to the appellant on the appeal herein.